IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Andrew Plummer, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>George Goodwin, Officer Lieber )<br>Correctional Institution, et. al, )<br>)<br>   Defendants. )<br>_____) | Civil Action No. 8:07-2741-TLW-BHH |

# **ORDER**

The plaintiff, Andrew Plummer ("plaintiff"), proceeding *pro se*, filed this civil action on August 10, 2007. (Doc. #1). The case was referred to United States Magistrate Judge Bruce Howe Hendricks pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(c), DSC.

This matter comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. #58). In the Report, the Magistrate Judge recommends that the plaintiff's motion for default judgment, (Doc. #51), be denied. (Doc. #58). The plaintiff filed no objections to the report. Objections were due on October 5, 2009.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v.

<u>Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. #58). For the reasons articulated by the Magistrate Judge, the plaintiff's motion for default judgment, (Doc. #51), is **DENIED**.

**IT IS SO ORDERED**.

    s/Terry L. Wooten
United States District Judge

October 19, 2009
Florence, South Carolina